United States District Court

Eastern District of California

Harvey Eugene Larson,

    Plaintiff,                              No. Civ. S 05-0007 GEB PAN P

  vs.                                   Order

Governor Arnold Schwartzenegger,

    Defendant.

-oOo-

April 28, 2005, plaintiff requested an extension of time to file an amended complaint. Good cause appearing, plaintiff's request is granted and time is extended to 60 days from the date this order is signed. No further extensions will be granted absent a showing of manifest injustice.

So ordered.

Dated: May 10, 2005.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge