1

2

3

4

5

6

7

8                          United States District Court

9                        Eastern District of California

10

11

12  Harvey Eugene Larson,

13          Plaintiff,                    No. Civ. S 05-0007 GEB PAN P

14      vs.                              Order

15  Governor Arnold Schwartzenegger,

16          Defendant.

17                              -oOo-

18      April 13, 2005, the court dismissed the complaint with leave

19  to amend within 60 days.  Plaintiff has not filed an amended

20  complaint or otherwise responded to that order.  Good cause

21  appearing, plaintiff shall, within 10 days of service of this

22  order, file an amended complaint.  Otherwise this case will be

23  ///

24  ///

25  ///

26  ///

1  dismissed without prejudice.  Local Rule 11-110; Fed. R. Civ. P.

2  41(b).

3        So ordered.

4        Dated:  August 23, 2005.

5                                    /s/ Peter A. Nowinski
                                    _____
6                                   PETER A. NOWINSKI
                                    Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26