1

2

3

4

5

6

7

8                    United States District Court

9                   Eastern District of California

10

11

12  Harvey Eugene Larson,

13          Plaintiff,              No. Civ. S 05-0007 GEB PAN P

14      vs.                         Findings and Recommendations

15  Governor Arnold Schwartzenegger,

16          Defendant.

17                              -oOo-

18      April 13, 2005, the court dismissed plaintiff's complaint

19  with 60 days leave to amend.  Plaintiff did not amend and August

20  24, 2005, the court directed plaintiff to file an amended

21  complaint within 10 days on pain of dismissal of this action

22  without prejudice.  Plaintiff still has not filed an amended

23  complaint.

24      Accordingly, the court hereby recommends that this action be

25  dismissed without prejudice.  Local Rule 11-110; Fed. R. Civ. P.

26  41(b).

1    Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these

2  findings and recommendations are submitted to the United States

3  District Judge assigned to this case.   Written objections may be

4  filed within 20 days of service of these findings and

5  recommendations.   The document should be captioned "Objections to

6  Magistrate Judge's Findings and Recommendations."   The district

7  judge may accept, reject, or modify these findings and

8  recommendations in whole or in part.

9    Dated:   November 22, 2005.

10              /s/ Peter A. Nowinski

11              PETER A. NOWINSKI
                Magistrate Judge